Memorandum. The order of the Appellate Division should be reversed, with costs, and the matter remitted to the Appellate Division for remand to the Workmen’s Compensation Board with directions to grant the appellant’s application.
 

 Appellant’s fee for legal services was approved by the board and therefore became a lien upon the compensation award (Workmen’s Compensation Law, § 24). An attorney’s lien attaches upon the granting of the compensation award (§ 24) and takes precedence over the employer’s right to reimbursement of funds previously paid to the claimant-employee
 
 (Matter
 
 
 *694
 

 of Dickman
 
 v.
 
 City of New York,
 
 18 N Y 2d 969, affg. 25 A D 2d 931). While the board may fix the “ manner ” in which the attorney’s fees may be paid (Workmen’s Compensation Law, § 24), it may not nullify the statutorily created lien by directing the .attorney to look to the claimant rather than the employer for the fee awarded. (§ 24.)
 

 Chief Judge Breitel and Judges Gabrielli, Jokes, Wachtler, Babin, Stevens and Wither
 
 *
 
 concur.
 

 Order reversed, with costs, and the matter remitted to the Appellate Division for further proceedings in accordance with the memorandum herein.
 

 *
 

 Designated pursuant to section 2 of article VI of the State Constitution.